*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF NEW HAMPSHIRE*

| | |
|---|---|
| In re: | Chapter 7 |
| BARON, CASSANDRA | Case No: 19-10329 BAH |

    Debtor(s)

**NOTICE OF WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION**

    Steven M. Notinger, Chapter 7 Trustee for the above-referenced estate hereby WITHDRAWS the Trustee's Report of No Distribution filed on April 2, 2019 as the First Secured Lienholder for the real property located in Rumney, New Hampshire will grant the Trustee a carve-out from the proceeds of the sale of the property for the benefit of the bankruptcy estate.

                                                Respectfully Submitted,
                                                Steven M. Notinger
                                                Chapter 7 Trustee

<u>April 4, 2019</u>                             <u>/s/ Steven M. Notinger</u>
                                                Steven M. Notinger (03229)
                                                Notinger Law, PLLC
                                                7A Taggart Drive
                                                Nashua NH 03060
                                                603-417-2158