# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:                                            Bk. No. 19–10329–BAH
                                                  Chapter 7
Cassandra L. Baron
    Debtor

---

## ORDER GRANTING MOTION FOR RELIEF

A motion for relief from the automatic stay was filed by Federal National Mortgage Association (Doc. No. 15) (the "Motion") pursuant to 11 U.S.C. § 362(d) in this chapter 7 case. The Motion was duly noticed upon all parties concerned with the matter to which said Motion pertains. No objection or responsive pleading in opposition to the Motion was filed by the scheduled answer date. Accordingly it is hereby ORDERED:

1. The Motion is GRANTED.

2. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), this order granting relief is stayed for 14 days.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which the Court has jurisdiction of the subject matter and the parties.

    ENTERED at Concord, New Hampshire.

Date: May 30, 2019                              /s/ Bruce A. Harwood
                                                Bruce A. Harwood
                                                Chief Bankruptcy Judge

Form ogrmrlfsty7–803